| | |
|---|---|
| 1 | MARK L. MOSLEY, State Bar No. 136449 |
| 2 | MELANIE SENGUPTA, State Bar No. 244615<br>MACKENZIE & ALBRITTON LLP |
| 3 | Emails: mmosleyesq@gmail.com<br>m.sengupta@mallp.com |
| 4 | 155 Sansome Street, Suite 800<br>San Francisco, CA 94104 |
| 5 | Telephone: (415) 288-4000<br>Facsimile: (415) 288-4010 |

Attorneys for Plaintiff FRESNO MSA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRESNO MSA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO,<br><br>Defendant. | Case No. 1:22−CV−00807−DAD−HBK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Fresno MSA Limited Partnership, doing business as Verizon Wireless, hereby voluntarily dismisses this action.

Dated: September 26, 2022

MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
Mark Mosley
Melanie Sengupta
Attorneys for Fresno MSA Limited Partnership, a California limited partnership